Copartners, etc., Respondents.— Motion for stay of proceedings until appellant shall pay costs awarded on affirmance in County Court, denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GABOR NAGY, Respondent, v. JOHN SZOKE and MARY SZOKE, Appellants.— Appeal dismissed unless appellant shall file and serve printed papers and printed briefs on appeal by March twenty-second, and shall be ready to argue the appeal as soon thereafter as it is reached. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

PERCY W. HORTON and Others, Appellants, v. NIAGARA, LOCKPORT AND ONTARIO POWER COMPANY, Respondent.— Motion to dismiss appeal denied, and case put over present term. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

DAISY M. HOWARD, Respondent, v. HUGHENA ABBS and Another, Appellants. — Motion to dismiss appeal denied and case put over present term. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

FREDERIC C. BARNS, Appellant, v. DAIRYMEN'S LEAGUE CO-OPERATIVE ASSOCIATION, INCORPORATED, and Another, Respondents.— Motion for extension of time to serve respondent's brief denied, and case ordered ready for argument March twenty-fourth. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CATHERINE COLLINS, Plaintiff, v. MATTHEW J. HUDSON, Defendant.— Appeal di missed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

SAMUEL MIRANDI and Another, Respondents v. CARL A. WITTE, Appellant.— Appeal from order of the Supreme Court dismissed, without costs. Order of the County Court modified so as to disallow items of trial costs as taxed, on the ground that plaintiffs are not entitled to such costs under section 1474 of Civil Practice Act, and as so modified the order is affirmed, without costs of this appeal to either party. (See *Dilworth* v. *Yellow Taxicab Corporation*, 127 Misc. 543; *Haniford* v. *Safer*, 214 App. Div. 435; 27 Col. L. Rev. 274.) All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Application of ARTHUR E. CAMPBELL, Respondent, for a Peremptory Writ of Mandamus against LEO J. SCHMIDT, Commissioner of Charities and Corrections of the County of Erie, Appellant.— Order affirmed, with costs. All concur Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GERTRUDE KAUS, by STEPHEN KAUS, Her Guardian ad Litem, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF DUNKIRK, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

HENRY CARD, Appellant, v. FROST GAS COMPANY, Respondent.— Judgment of the County Court reversed on the facts and judgment of the Justice's Court affirmed, with costs in all courts to the plaintiff No question of law was involved, and under the rule applicable to a review of the facts on appeals from Justice Court judgments the result reached by the trial court was not against the weight of the evidence. (*Bame* v. *Groat*, 171 App. Div. 708.) All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

RUTH ROSENBACK, by NELLIE NIEBEL, Her Guardian ad Litem, Respondent, v. LELAND KNOTT, Appellant.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.